UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

NANCY VARTABEDIAN, in person and
as mother on behalf of Daniel
Vartabedian,
       Plaintiff,

    **ORDER**
    06-CV-5836 (SJF)(MLO)

-against-

    Family Court Docket
    No. F-01813-99/06F

DANIEL DOBBINS,

       Defendant.
-------------------------------------------------------X

FEUERSTEIN, J.

I. Introduction

*Pro se* plaintiff Nancy Vartabedian ("Plaintiff") has previously filed three (3) civil complaints and sought removal of two (2) actions from the Family Court of the State of New York, Suffolk County ("Family Court"), related to defendant Daniel W. Dobbins. The most recent case, Vartabedian v. Dounias, No. 06-CV-2029, was dismissed on May 11, 2006. On June 12, 2006, Plaintiff filed a Notice of Appeal, which was dismissed on September 27, 2006.

II. Notice of Removal

On July 21, 2006, Plaintiff filed another Notice of Removal of a case from Family Court (Vartabedian v. Dobbins, Docket No. F-01813-99/06F) in which a child support hearing was scheduled for July 10, 2006. Plaintiff placed the docket number 06-CV-2029 on this Notice of Removal. This Court issued an Order dated October 25, 2006, directing the Clerk of the Court to treat Plaintiff's Notice of Removal as a new case and to assign a new case

number. Accordingly, the Clerk opened a new case, and assigned the case number 06-CV-5836.

The Order also noted that Plaintiff had not filed an application to proceed *in forma pauperis* nor paid the $350.00 filing fee in this new removal action; and the Order stated, "[f]ailure to either pay the filing fee or to submit an application to proceed *in forma pauperis* within two (2) weeks of the date of this Order will result in dismissal of the new action." Vartabedian v. Dounias, No. 06-CV-2029 (E.D.N.Y. Oct. 25, 2006)

Plaintiff neither submitted an application nor paid the filing fee. Accordingly, this action is dismissed.

III. Enjoin Future Filings

By Order dated May 11, 2006, this Court cautioned Plaintiff that since she has repeatedly filed actions in the federal courts against respondent Daniel Dobbins and others relating to facts and issues of state court proceedings and since all of her actions have been dismissed for lack of subject matter jurisdiction, further filings of "any complaint, petition, or proceeding based upon the state court proceedings may result in the issuance of an Order prohibiting her from filing any future lawsuits in this Court without first obtaining leave of the Court." Vartabedian v. Dounias, No. 06-CV-2029, slip op. at 12 (E.D.N.Y. May 11, 2006)

Notwithstanding this Court's admonition, Plaintiff filed another Notice of Removal on July 21, 2006, which is the subject of this Order, and which involves Daniel Dobbins and matters raised in Family Court proceedings. Plaintiff is hereby barred from filing any further

complaints or motions for removal in this Court without first obtaining leave of Court. See In re Sassower, 20 F.3d 42, 44 (2d Cir. 1994).

IT IS SO ORDERED.

_____
Sandra J. Feuerstein
United States District Judge

Dated: November 28, 2006
Central Islip, New York

Copy to:

Nancy Vartabedian, *pro se*
11 Jacobsen Court
Medford, NY 11763